UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN ALLEN BAKER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>Unknown,<br><br>　　　　　Respondent. | No. 2:17-cv-01812 GEB GGH<br><br><br>ORDER |

The Clerk of the Court is hereby directed to change the designation of respondent in this matter from "Unknown" to "Clark Ducart."

**IT IS SO ORDERED**.

Dated: October 23, 2017

　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1