UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN ALLAN BAKER, | No. 2:17-cv-01812 KJM GGH |
| Petitioner, | |
| v. | ORDER |
| CLARK DUCART, | |
| Respondent. | |

Petitioner filed his petition for habeas corpus on August 30, 2017. ECF No. 1. On December 29, 2017, respondent, as was required at the time, lodged the documents from petitioner's state court proceedings in paper form. ECF No. 16. The voluminous nature of this file has made paper review of the matter more difficult than ordinary. In other cases, the undersigned has been informed that filing the record in electronic format is not unduly burdensome.

In light of the foregoing, IT IS HEREBY ORDERED that Respondent shall file the documents found in ECF No. 16 in electronic format within 30 days of the date of this order.

**IT IS SO ORDERED.**

Dated: December 27, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE